1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT FOR THE
7                    EASTERN DISTRICT OF CALIFORNIA
8
DONNA F. KIRK,                          )        1:10cv01513 DLB
9                                       )
                                        )
10                                      )
                                        )        ORDER DISMISSING ACTION
11              Plaintiff,              )        WITHOUT PREJUDICE
                                        )        (Doc. 10)
12        vs.                           )
                                        )
13   MICHAEL J. ASTRUE, Commissioner    )
     of Social Security,                )
14                                      )
                                        )
15              Defendant.              )
16 _____)

17        On August 19, 2010, Plaintiff Donna Kirk, through counsel, filed the present action for

18 judicial review of the denial of Social Security benefits.

19        On December 9, 2010, Plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P.

20 41(a)(1)(i).  Rule 41(a)(1)(i) permits voluntary dismissal by a plaintiff before the opposing party

21 serves either an answer or a motion for summary judgment.  Defendant has not lodged the

22 administrative record, which is deemed an answer to the complaint, and has not filed a motion for

23 summary judgment.  See Scheduling Order ¶ 2.  Therefore, Plaintiff's request for voluntary dismissal

24 is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

25        IT IS SO ORDERED.

26     Dated:    December 10, 2010              _____ /s/ Dennis L. Beck_____
                                               UNITED STATES MAGISTRATE JUDGE
27

28                                        1